# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2119

_____

Penny L. Barton

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: January 6, 2015
Filed: January 14, 2015
[Unpublished]

_____

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Penny L. Barton appeals the district court's[1] order affirming the denial of disability insurance benefits. For reversal, Barton argues that the administrative law judge (ALJ) erred (1) in assessing her residual functional capacity, and in failing to assign appropriate weight to the findings of her treating and examining physicians and other medical sources; (2) in finding that she was capable of performing her past relevant work, and other work identified by a vocational expert; and (3) in failing to consider all of the evidence in the record, including the observations of and information provided by third parties. Following a careful and thorough review of the record, we conclude that the ALJ's determination is supported by substantial evidence on the record as a whole, that Barton's arguments do not support reversal, and that an extended discussion is not warranted. Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable Matt Jeffrey Whitworth, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).